# UNITED STATES DISTRICT COURT

_____WESTERN_____ DISTRICT OF _____TENNESSEE_____

Timothy Brown, et al.

V.

United States of America

**EXHIBIT AND WITNESS LIST**

Case Number: 2:03-cv-02282-Ml

| PRESIDING JUDGE<br>Jon Phipps McCalla | PLAINTIFF'S ATTORNEY<br>Michael Archuleta, Jamal Alsaffar | DEFENDANT'S ATTORNEY<br>William Siler, Harriett Halmon |
|---|---|---|
| TRIAL DATE (S)<br>11/26/07 → 11/28/07 | COURT REPORTER<br>Brenda Parker | COURTROOM DEPUTY<br>Joseph Warren |

| PLF. NO. | DEF. NO. | DATE OFFERED | SWORN | MARKED | ADMITTED | |
|---|---|---|---|---|---|---|
|  |  | 11/26/07 | √ |  |  | Dr. Leland Mills |
| 1 |  | 11/26/07 |  | √ | √ | Collective: Medical Records (4 volumes) |
| 2 |  | 11/26/07 |  | √ | √ | Pharmacy Records |
| 3 |  | 11/26/07 |  | √ | √ | Letter: Deborah Brown to HM1 Walker, 10/20/00 |
| 4 |  | 11/26/07 |  | √ | √ | Memo for Surgeon General of Army, Navy, Air Force, 1/23/98 |
| 5 |  | 11/26/07 |  | √ | √ | BUMED Notice 6320, Subj.: Annual Health Maintenance Examination for Women, 10/26/99 |
| 6 |  | 11/26/07 |  | √ | √ | Prenatal Vitamin Label for Deborah Brown |
| 7 |  | 11/26/07 |  | √ | √ | Collective: Photographs |
| 8 |  | 11/26/07 |  | √ | √ | DVD Video: Day in the Life of Melody Brown, 8/14/07 |
| 9 |  | 11/26/07 |  | √ | √ | Form 95's |
| 10 |  | 11/26/07 |  | √ | √ | National Vital Statistics Reports, Vol. 51, No. 3, U.S. Life Tables, 2000, 12/19/02 |
| 11 |  | 11/26/07 |  | √ | √ | National Vital Statistics Reports, Vol. 54, No. 14, U.S. Life Tables, 2003, 4/19/06 |
| 12 |  | 11/26/07 |  | √ | √ | Tennessee Individual Education Program (IEP) Records, 2007 |
| 13 |  | 11/26/07 |  | √ | √ | Tennessee Individual Education Program (IEP) Records, 2001-2002 |
| 14 |  | 11/26/07 |  | √ | √ | San Diego City Schools Individual Education Program for Melody Brown |
| 15 |  | 11/26/07 |  | √ | √ | Report of Dan Martin, M.D. |
| 16 |  | 11/26/07 |  | √ | √ | Report of Robert D. Voogt, Ph.D. |
| 17 |  | 11/26/07 |  | √ | √ | Report of Lawrence Leichtman, M.D. |
| 18 |  | 11/26/07 |  | √ | √ | Report of Parker Cashdollar, Ph.D. |
|  |  | 11/26/07 | √ |  |  | Dr. Dan Martin |
| 19 |  | 11/26/07 |  | √ | √ | Demonstrative: Spina Bifida |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

# EXHIBIT AND WITNESS LIST – CONTINUATION

| | | Timothy Borwn, et al. | | v. | | United States of America | CASE NO. 2:03-cv-02282-Ml |
|---|---|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | SWORN | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|---|
| 20 | | 11/26/07 | | √ | √ | Demonstrative: Meningomyelocele |
| 21 | | 11/26/07 | | √ | √ | Demonstrative: Hydrocephalus |
| 22 | | 11/26/07 | | √ | √ | Demonstrative: NTD Risk Factors |
| 23 | | 11/26/07 | | √ | √ | Demonstrative: Reproductive Timeline |
| | | 11/27/07 | √ | | | Dr. Dan Martin resumed the stand |
| 24 | | 11/27/07 | | √ | √ | Demonstrative: Deborah Brown's Compliance 4/17/07–6/22/00 |
| | | 11/27/07 | √ | | | Dr. Lawrence Leichtman |
| 25 | | 11/27/07 | | √ | I.D. | Article from *The Lancet*, Vol. 358, 12/15/01, "Quantifying the Effect of Folic Acid," |
| 26 | | 11/27/07 | | √ | √ | Demonstrative: Ventriculoperitoneal Shunt Placement |
| 27 | | 11/27/07 | | √ | √ | Demonstrative: Melody Brown's Injuries |
| | | 11/27/07 | √ | | | Dr. Robert Voogt via video conference |
| 28 | | 11/27/07 | | √ | √ | Life Plan Cost Projections Report for Melody Larissa Brown |
| | | 11/27/07 | √ | | | Lt. Cmdr. Deborah Brown |
| | | 11/28/07 | √ | | | Timothy Brown |
| | | 11/28/07 | | | | -------------------- Plaintiff Rests -------------------- |
| | | 11/28/07 | √ | | | Robert H. Jackson |
| | | 11/28/07 | √ | | | Dr. Joseph Bruner |
| | 29 | 11/28/07 | | √ | √ | Report of Dr. Joseph P. Bruner, M.D. |
| | 30 | 11/28/07 | | √ | I.D. | Mobility & Mortality Weekly Report (MMWR) |
| 31 | | 11/28/07 | | √ | I.D. | ACOG Practice Bulletin, Clinical Management Guidelines for Obstetrician-Gynecologist, #44, July 2003 |
| 32 | | 11/28/07 | | √ | I.D. | *Journal of Nutrition*, "Folic Acid Supplementation and Prevention of Birth Defects" |
| | | 11/28/07 | √ | | | Dr. Frank W. Ling |
| | 33 | 11/28/07 | | √ | √ | Report of Frank W. Ling, M.D. |
| | 34 | 11/28/7 | | √ | √ | Defendant's Economic Report from David C. Sharp Ph.D. |
| | | | | | | -------------------- Defense Rests -------------------- |

*[signature]* 6/6/08